**Joe B. BUTLER, Jr., Appellant,**

v.

**T.C. OUTLAW, Warden, FCI— Forrest City, Appellee.**

No. 09–1610.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 28, 2009.

Filed: Jan. 5, 2010.

---

Joe B. Butler, Jr., Forrest City, AR, pro se.

Gwendolyn Hodge, Earl Fletcher Jackson, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Federal inmate Joe Butler appeals the district court's[1] denial without prejudice of his petition for a writ of habeas corpus, filed under 28 U.S.C. § 2241. Upon careful review, we conclude the court did not abuse its discretion in denying relief for failure to exhaust administrative remedies. *See Kendrick v. Carlson*, 995 F.2d 1440, 1447 (8th Cir.1993) (standard of review). We affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.